KEVIN G. LITTLE, SBN 149818
MICHELLE L. TOSTENRUDE, SBN 290121
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
E-Mail: kevinglittle@yahoo.com

Attorneys for Plaintiff Richard P. Berman

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RICHARD P. BERMAN,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY T. SINK; THE COUNTY OF FRESNO; DOES 1-10,<br><br>Defendants. | No. CV-F-13-0597 LJO SAB<br><br>STIPULATION AND ORDER RE: COORDINATION OF EXPERT DESIGNATION AND NON-EXPERT DISCOVERY COMPLETION DATES |

TO THE HONORABLE COURT:

The parties, through their undersigned counsel hereby stipulate as follows:

WHEREAS the current expert designation deadline is August 13, 2014, and

WHEREAS the current non-expert discovery completion date is September 10, 2014, and

WHEREAS non-expert discovery is ongoing and will not be completed earlier than the current September 10, 2014 deadline, and

WHEREAS the parties believe that any designated experts would have to review and consider the discovery that remains pending in order to produce reports that comply with FRCP 26(a)(2)(B), and

WHEREAS the parties further believe that the ends of justice would be better

1  served if the expert designation and non-expert completion deadlines were one and the
2  same, and

3      WHEREAS the parties do not anticipate the need for filing any non-dispositive
4  motions after the current September 10, 2014 deadline, and

5      WHEREAS the parties do not anticipate that any expert depositions would
6  create or negate any potential summary judgment issues not addressed in their
7  reports,

8      THE PARTIES HEREBY STIPULATE to extend the expert designation date to
9  September 10, 2014, the same date by which non-expert discovery is currently
10 scheduled to be completed. Supplemental experts shall be designated and disclosed
11 no later than September 24, 2014, and expert discovery shall be completed no later
12 than October 31, 2014. The September 10, 2014 deadline for filing non-dispositive
13 motions and the September 24, 2014 deadline for filing dispositive motions remain in
14 effect.

15 Dated: June 16, 2014

    DANIEL C. CEDARBORG
    County Counsel
16 By: /s/ Michael Linden
    Michael R. Linden, Deputy
17 Attorneys for Defendants

18 Dated: June 16, 2014

    LAW OFFICE OF KEVIN G. LITTLE
19 By: /s/ Kevin Little
    Kevin G. Little
20 Attorney for Plaintiff

21

22

23 IT IS SO ORDERED.

24 Dated: **June 19, 2014**

    UNITED STATES MAGISTRATE JUDGE

25

26

27

28