1  DANIEL C. CEDERBORG
    County Counsel
2  MICHAEL R. LINDEN
    Deputy County Counsel – State Bar No. 192485
3  FRESNO COUNTY COUNSEL
   2220 Tulare Street, 5th Floor
4  Fresno, California  93721
   Telephone:  (559) 600-3479
5  Facsimile:   (559) 600-3480

6
   Attorneys for Defendants
7  COUNTY OF FRESNO and TRACY SINK,

8
                    **UNITED STATES DISTRICT COURT**
9
             **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**
10

11
   RICHARD P. BERMAN,                    Case No. 1:13-cv-00597-LJO-SAB
12
                        Plaintiff,
13                                        **STIPULATION TO MODIFY**
             v.                           **SCHEDULING ORDER**
14

15 DEPUTY T. SINK; SGT. GEORGE
   BERTSCH; LT. JOHN REYNOLDS;
16 SHERIFF MARGARET MIMS; THE
   COUNTY OF FRESNO, THE JUDICIAL
17 COUNCIL OF CALIFORNIA; DOES 1-
   10,
18
                        Defendants.
19

20

21         Defendants  COUNTY  OF  FRESNO  and  TRACY  SINK  (hereinafter
22 "Defendants"), and plaintiff RICHARD BERMAN (hereinafter "Plaintiff") hereby submit
23 the following Stipulation to Modify the current Scheduling Order in the above-captioned
24 action.
25 ///
26 ///
27 ///
28
                                        1

**<u>RECITALS</u>**

WHEREAS, on July 24, 2013, the Court issued its initial Scheduling Order.  In said order, the trial was set for January 20, 2015.  The non-expert discovery cut-off was set for September 10, 2014.  The expert witness disclosure deadline was set for August 13, 2014.

WHEREAS, on June 20, 2014, the Court issued, pursuant to the parties' stipulation, an order modifying the Scheduling Order to extend the expert witness designation date to September 10, 2014, and order expert discovery to be completed no later than October 31, 2014.

WHEREAS, on June 23, 2014, the Court issued an order substituting attorney Jacob Weisberg as counsel of record for Plaintiff in place of attorney Kevin G. Little.

WHEREAS, Plaintiff's new counsel of record will need time to review the case files and familiarize himself with this action.

WHEREAS, no depositions have been taken during the discovery phase of this action, and Plaintiff's counsel believes that it would be a significant burden on him and his client if non-expert discovery had to be completed before September 10, 2014.

WHEREAS, on Plaintiff's counsel is set to commence a trial on January 12, 2015 in the case *Hamby v. Raley's Inc*., Madera County Superior Court Case No. MCV064118.

WHEREAS, Defendants' counsel is set to commence a trial on February 24, 2015 in the case *Richard Phillips, et al. v. County of Fresno, et al*., Eastern District Case No. 1:13-cv-00538 AWI BAM.

WHEREAS, Defendants' counsel is set to commence a trial on July 13, 2015 in the case *Mercury Insurance Co. v. County of Fresno*, Fresno County Superior Court Case No.  14 CE CL 01762.

///

WHEREAS, on June 30, 2014, counsel for the parties conferred about the instant stipulation, and agreed to a trial date of August 18, 2015.

WHEREAS, there have been no previous trial continuances in this case.

**<u>STIPULATION</u>**

Now, therefore, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record that the dates on the existing Scheduling Order be vacated, and that the following dates be entered as the operative discovery and scheduling deadlines in this case:

Non-Expert Discovery Cut-off:    February 13, 2014

Last Day to Disclose Experts:  February 20, 2014

Last Day to Disclose Supplemental Experts:   February 27, 2014

Last Day to Complete Expert Discovery:  April 3, 2014

Last Day to File Non-Dispositive Motions:   April 3, 2014

Last Day to File Dispositive Motions:   April 17, 2015

Pre-Trial Conference:   July 1, 2015

Trial:  August 18, 2015.

///
///
///
///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

Dated:  July 1, 2014

DANIEL C. CEDERBORG
County Counsel

By:    /s/ Michael Linden
Michael R. Linden, Deputy
Attorneys for Defendants

Dated:  July 1, 2014

LAW OFFICE OF JACOB WEISBERG

By:    /s/ Jacob Weisberg
Jacob Weisberg
Attorney for Plaintiff

## ORDER

The Court has reviewed the stipulation of the parties and finds good cause to modify the scheduling order.  Based upon the stipulation of the parties, IT IS SO ORDERED that the scheduling order, filed July 24, 2013 is amended as follows:

1.    Non-Expert Discovery Cut-off:    February 13, 2014

2.    Last Day to Disclose Experts:  February 20, 2014

3.    Last Day to Disclose Supplemental Experts:   February 27, 2014

4.    Last Day to Complete Expert Discovery:  April 3, 2014

5.    Last Day to File Non-Dispositive Motions:   April 3, 2014

6.    Last Day to File Dispositive Motions:   April 17, 2015

7.    Pre-Trial Conference:    July 1, 2015 at 8:15 a. m. in Courtroom 4 before the Honorable Lawrence J. O'Neill; and

///

4

8.    Trial:  August 18, 2015 at 8:30 a.m. in Courtroom 4 before the Honorable
Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:   **July 1, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

5