1  DANIEL C. CEDERBORG
     County Counsel
2  MICHAEL R. LINDEN
     Deputy County Counsel – State Bar No. 192485
3  FRESNO COUNTY COUNSEL
   2220 Tulare Street, 5th Floor
4  Fresno, California  93721
   Telephone:  (559) 600-3479
5  Facsimile:   (559) 600-3480

6
7  Attorneys for Defendants
   COUNTY OF FRESNO and TRACY SINK,

8
9              **UNITED STATES DISTRICT COURT**

10          **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

11
12 RICHARD P. BERMAN,                    Case No. 1:13-cv-00597-LJO-SAB

                        Plaintiff,
13                                       **STIPULATION AND ORDER TO**
                                         **MODIFY SCHEDULING ORDER**
14          v.

15
16 DEPUTY T. SINK; SGT. GEORGE
   BERTSCH; LT. JOHN REYNOLDS;
17 SHERIFF MARGARET MIMS; THE
   COUNTY OF FRESNO, THE JUDICIAL
   COUNCIL OF CALIFORNIA; DOES 1-
18 10,

19                      Defendants.

20
21
22         Defendants   COUNTY   OF   FRESNO   and   TRACY   SINK   (hereinafter
   "Defendants"), and plaintiff RICHARD BERMAN (hereinafter "Plaintiff") hereby submit
23 the following Stipulation to Modify the current Scheduling Order in the above-captioned
24 action.
25 ///
26 ///
27 ///
28
                                        1

**<u>RECITALS</u>**

WHEREAS, on July 24, 2013, the Court issued its initial Scheduling Order.  In said order, the trial was set for January 20, 2015.  The non-expert discovery cut-off was set for September 10, 2014.  The expert witness disclosure deadline was set for August 13, 2014.

WHEREAS, on June 20, 2014, the Court issued, pursuant to the parties' stipulation, an order modifying the Scheduling Order to extend the expert witness designation date to September 10, 2014, and order expert discovery to be completed no later than October 31, 2014.

WHEREAS, on June 23, 2014, the Court issued an order substituting attorney Jacob Weisberg as counsel of record for Plaintiff in place of attorney Kevin G. Little.

WHEREAS, Plaintiff's new counsel of record will need time to review the case files and familiarize himself with this action.

WHEREAS, no depositions have been taken during the discovery phase of this action, and Plaintiff's counsel believes that it would be a significant burden on him and his client if non-expert discovery had to be completed before September 10, 2014.

WHEREAS, on Plaintiff's counsel is set to commence a trial on January 12, 2015 in the case *Hamby v. Raley's Inc*., Madera County Superior Court Case No. MCV064118.

WHEREAS, Defendants' counsel is set to commence a trial on February 24, 2015 in the case *Richard Phillips, et al. v. County of Fresno, et al.*, Eastern District Case No. 1:13-cv-00538 AWI BAM.

WHEREAS, Defendants' counsel is set to commence a trial on July 13, 2015 in the case *Mercury Insurance Co. v. County of Fresno*, Fresno County Superior Court Case No.  14 CE CL 01762.

///

2

WHEREAS, on June 30, 2014, counsel for the parties conferred about the instant stipulation, and agreed to a trial date of August 18, 2015.

WHEREAS, there have been no previous trial continuances in this case.

## **STIPULATION**

Now, therefore, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record that the dates on the existing Scheduling Order be vacated, and that the following dates be entered as the operative discovery and scheduling deadlines in this case:

Non-Expert Discovery Cut-off:    February 13, 2015

Last Day to Disclose Experts:  February 20, 2015

Last Day to Disclose Supplemental Experts:   February 27, 2015

Last Day to Complete Expert Discovery:  April 3, 2015

Last Day to File Non-Dispositive Motions:   April 3, 2015

Last Day to File Dispositive Motions:   April 17, 2015

Pre-Trial Conference:   July 1, 2015

Trial:  August 18, 2015.

///
///
///
///
///
///
///
///
///
///

1     **IT IS SO STIPULATED.**

2     Dated:  July 1, 2014

3

4                                              DANIEL C. CEDERBORG
                                             County Counsel

5

6                               By:     /s/ Michael Linden
                                             Michael R. Linden, Deputy

7                                              Attorneys for Defendants

8     Dated:  July 1, 2014

9                                              LAW OFFICE OF JACOB WEISBERG

10

11                               By:     /s/ Jacob Weisberg

12                                              Jacob Weisberg
                                           Attorney for Plaintiff

13

14

15

16     IT IS SO ORDERED.

17     Dated:  __**July 11, 2014**__

18                                       UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28