IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. BERMAN,<br><br>                Plaintiff,<br><br>v.<br><br>DEPUTY T. SINK; SGT. GEORGE BERTSCH; LT. JOHN REYNOLDS; SHERIFF MARGARET MIMS; THE COUNTY OF FRESNO; THE JUDICIAL COUNCIL OF CALIFORNIA; DOES 1-10,<br><br>                Defendants | CASE NO.  1:13-cv-0597-LJO-SAB<br><br>ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Non-Expert Discovery Cut-off shall be extended from February 13, 2015 to April 3, 2015, the last day to complete expert discovery.  All other dates shall remain as set out in the July 1, 2014 Scheduling Order.

IT IS SO ORDERED.

Dated:   **December 23, 2014**　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE

1