DANIEL C. CEDERBORG
 County Counsel
MICHAEL R. LINDEN
 Deputy County Counsel – State Bar No. 192485
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California 93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480

Attorneys for Defendants
COUNTY OF FRESNO and TRACY SINK,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RICHARD P. BERMAN, | Case No. 1:13-cv-00597-LJO-SAB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |
| DEPUTY T. SINK; SGT. GEORGE BERTSCH; LT. JOHN REYNOLDS; SHERIFF MARGARET MIMS; THE COUNTY OF FRESNO, THE JUDICIAL COUNCIL OF CALIFORNIA; DOES 1-10, | |
| Defendants. | |

Defendants COUNTY OF FRESNO and TRACY SINK (hereinafter "Defendants"), and plaintiff RICHARD BERMAN (hereinafter "Plaintiff") hereby submit the following Stipulation to Modify the current Scheduling Order in the above-captioned action.

///

///

///

## **RECITALS**

WHEREAS, pursuant to the operative scheduling order, the last day to disclose expert witnesses pursuant to Rule 26 of the Federal Rules of Civil Procedure is February 20, 2015.  The cut-off date for expert and non-expert discovery is April 3, 2015

WHEREAS, the parties are still engaged in discovery, and it is anticipated that the deposition of Plaintiff will not take place until February 27, 2015.

WHEREAS, in order for the parties' expert witnesses to have sufficient information for the preparation of their Rule 26 reports, the transcript for the deposition of Plaintiff will need to be available.

WHEREAS, a continuance of the expert witness disclosure dates in this case will not result in a continuation of any other scheduling conference date, including the trial date.

## **STIPULATION**

Now, therefore, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record that the following dates be entered as the operative discovery and scheduling deadlines in this case:

Last Day to Disclose Experts:   March 16, 2015

Last Day to Disclose Supplemental Experts:   March 23, 2015

All other scheduling order dates will remain the same.

///

///

///

///

///

///

///

///

**IT IS SO STIPULATED.**

Dated:  January 30, 2015

        DANIEL C. CEDERBORG
        County Counsel

By:  /s/ Michael Linden
      Michael R. Linden, Deputy
      Attorneys for Defendants

Dated:  January 30, 2015

        LAW OFFICE OF JACOB WEISBERG

By:  /s/ Jacob Weisberg
      Jacob Weisberg
      Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  **February 3, 2015**

UNITED STATES MAGISTRATE JUDGE

3