# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. BERMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN REYNOLDS, et al.,<br><br>　　　　Defendants. | ) CASE NO. 1:13-cv-00597-LJO-SAB<br>)<br>)<br>) ORDER RE STIPULATION TO AMEND<br>) SCHEDULING ORDER<br>)<br>)<br>)<br>) |

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　　1.　　Dispositive motions shall be filed on or before September 30, 2015;

　　　　2.　　All expert discovery shall be completed on or before October 30, 2015; and

　　　　3.　　The Court's March 6, 2015 amended scheduling order shall remain in effect in all other respects.

IT IS SO ORDERED.

Dated:　**September 8, 2015**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stipulation to Amend Scheduling Order

1