Jacob Weisberg (State Bar # 49065)
LAW OFFICES OF JACOB M. WEISBERG
844 N Van Ness
Fresno, CA 93728
Tel: (559) 441-0201
Fax: (559) 441-8361
jmw@jweisberglaw.com

Attorneys for Plaintiff Richard P. Berman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. BERMAN,<br><br>  Plaintiff,<br><br>v.<br><br>DEPUTY T. SINK; SGT. GEORGE BERTSCH; LT. JOHN REYNOLDS; SHERIFF MARGARET MIMS; THE COUNTY OF FRESNO; THE JUDICIAL COUNCIL OF CALIFORNIA; DOES 1-10,<br><br>  Defendants | CASE NO.  CV-F-13-0597 SAB<br><br>ORDER RE STIPULATION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER |

  The Trial Date is continued to May 9, 2016 and the Scheduling Order is amended as follows:

  Expert Discovery Cutoff:          February 26, 2016

  Non-Dispositive Motion Deadline:     January 13, 2016

  Dispositive Motion Filing Deadline:    January 25, 2016

1

| | | |
|---|---|---|
| Pre-Trial Conference: | | April 8, 2016, 9:30 a.m. in |
| | | Courtroom 9 (SAB) |
| Trial: | | June 6, 2016, 9:00 a.m. in |
| | | Courtroom 9 (SAB), 5-7 day jury trial |

The Court's prior scheduling orders will remain in force in all other respects.

IT IS SO ORDERED.

Dated:     **September 29, 2015**

UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28