James J. Arendt, Esq.         Bar No. 142937
Michelle E. Sassano, Esq.   Bar No. 232368

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Michelle@walsw-fresno.com

Attorneys for Defendants, COUNTY OF FRESNO and TRACY SINK

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. BERMAN,<br><br>       Plaintiff,<br><br>vs.<br><br>DEPUTY T. SINK; SGT GEORGE BERTSCH; LT. JOHN REYNOLDS; SHERIFF MARGARET MIMS; THE COUNTY OF FRESNO; THE JUDICIAL COUNCIL OF CALIFORNIA; DOES 1-10,<br><br>       Defendants. | ) CASE NO. 1:13-CV-00597-SAB<br>)<br>)<br>) **STIPULATION AND ORDER TO AMEND**<br>) **SCHEDULING ORDER: SUPPORTING**<br>) **DECLARATION OF MICHELLE E.**<br>) **SASSANO**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　IT IS HEREBY STIPULATED by and between the parties that the Scheduling Order is amended as follows for the reasons set forth in the attached Declaration of Michelle E. Sassano.

　　　　1.　　The Dispositive Motion Filing Deadline shall be moved from January 25, 2016 to February 22, 2016.

　　　　All other dates in the Scheduling Order shall remain as set out.

DATE: January 22, 2016　　　　　　　　WEAKLEY & ARENDT, LLP

　　　　　　　　　　　　　　　　　　　By:　  /s/ Michelle E. Sassano
　　　　　　　　　　　　　　　　　　　　　　James J. Arendt
　　　　　　　　　　　　　　　　　　　　　　Michelle E. Sassano
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

1

1  Dated: January 22, 2016                LAW OFFICES OF JACOB M. WEISBERG

2                                By:     /s/ Jacob M. Weisberg
3                                        Jacob M. Weisberg,
                                         Attorney for Plaintiff, Richard Berman
4

5
   IT IS SO ORDERED.
6

7  Dated:   **January 22, 2016**
                                        UNITED STATES MAGISTRATE JUDGE
8

**DECLARATION OF MICHELLE E. SASSANO**

I, Michelle E. Sassano, declare:

1. I am an attorney licensed to practice law in the State of California and before the United States District Court for the Eastern District of California. I am an associate with the law firm of Weakley & Arendt, LLP, attorney of record for defendants. I make the following declaration of my own personal knowledge and if called upon to testify could and would competently testify could and would competently testify hereto.

2. On January 20, 2016, the parties participated in mediation with James Dilling. The parties did not settle the matter at mediation. However, the parties have agreed to meet again to attempt to resolve the matter. The next meeting is tentatively scheduled for January 25, 2016.

3. The dispositive motion filing deadline is set for January 25, 2016.

4. In order to assist with settlement, the parties would like to avoid incurring additional attorney's fees and costs prior to mediation. Therefore, a short extension of the dispositive motion filing deadline is necessary.

5. If for some reason the mediation is unsuccessful, the parties would need additional time to file any dispositive motions. The parties are only requesting the dispositive deadline be continued thirty (30) days from the currently scheduled deadlines.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct; and if called as a witness, I could competently testify thereto.

Executed this 22nd day of January, 2016, at Fresno, California.

 /s/ Michelle E. Sassano
Michelle E. Sassano