James J. Arendt, Esq.      Bar No. 142937
Michelle E. Sassano, Esq.  Bar No. 232368

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Michelle@walsw-fresno.com

Attorneys for Defendants, COUNTY OF FRESNO and TRACY SINK

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. BERMAN, | ) CASE NO. 1:13-CV-00597-SAB |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO AMEND SCHEDULING ORDERS** |
| DEPUTY T. SINK; SGT GEORGE BERTSCH; LT. JOHN REYNOLDS; SHERIFF MARGARET MIMS; THE COUNTY OF FRESNO; THE JUDICIAL COUNCIL OF CALIFORNIA; DOES 1-10, | ) ) ) ) ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, that the prior scheduling orders be amended as follows:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Non-Medical Expert Discovery Deadline | February 26, 2016 | March 25, 2016 |
| Medical Expert Discovery Deadline | February 26, 2016 | May 6, 2016 |
| Dispositive Motion Filing Deadline | February 22, 2016 | February 29, 2016 |
| Last Day to File Opposition To Dispositive Motion | March 16, 2016 | March 29, 2016 |

1

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Last Day to File Reply | March 23, 2016 | April 5, 2016 |
| Hearing on Dispositive Motion | March 30, 2016 | April 8, 2016 |

Further, the pre-trial conference scheduled for 9:30 a.m., on April 8, 2016, is rescheduled to take place at 2:30 p.m., April 8, 2016.

DATE: February 22, 2016

WEAKLEY & ARENDT, LLP

By:   /s/ Michelle E. Sassano
      James J. Arendt
      Michelle E. Sassano
      Attorneys for Defendants County
      of Fresno and Tracy Sink

Dated: February 22, 2016

LAW OFFICES OF JACOB M. WEISBERG

By:   /s/ Jacob M. Weisberg
      Jacob M. Weisberg,
      Attorney for Plaintiff, Richard Berman

IT IS SO ORDERED.

Dated:   **February 22, 2016**

UNITED STATES MAGISTRATE JUDGE