# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. BERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN REYNOLDS, et al.,<br><br>    Defendants. | Case No. 1:13-cv-00597- SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY DEFENDANT JUDICIAL COUNSEL OF CALIFORNIA SHOULD NOT BE DISMISSED FROM THIS ACTION FOR FAILURE TO COMPLY WITH FEDERAL RULE OF FEDERAL PROCEDURE 4(m)<br><br>FIVE DAY DEADLINE |

   Plaintiff Richard Berman filed this action in Fresno County Superior Court on March 26, 2016. (ECF No. 1-1 at 5-24.) On April 23, 2013, Defendants removed the action to the Eastern District of California. (ECF No. 1.) Following a motion to dismiss and a motion for summary judgment, this action is set for trial before the undersigned on June 6, 2016. (ECF No. 76.) In the complaint, Plaintiff names as a defendant the Judicial Council of California. (ECF No. 1-1.) Upon review of the docket, Plaintiff has not provided proof of service nor has Defendant filed a response in this action.

   During the time relevant in this action, Rule 4 of the Federal Rules of Civil Procedure provided that

>   If a defendant is not served within 120 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a

1

specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m) (2015).

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause in writing within five (5) days why Defendant Judicial Counsel of California should not be dismissed from this action for failure to comply with Rule 4(m).

IT IS SO ORDERED.

Dated: __**May 9, 2016**__

UNITED STATES MAGISTRATE JUDGE