# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. BERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN REYNOLDS, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00597- SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING DEFENDANTS SINK AND COUNTY OF FRESNO TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS THE JUDICIAL COUNCIL OF CALIFORNIA FROM THIS ACTION BY MAY 13, 2016<br><br>(ECF Nos. 81, 82) |

　　　　On May 10, 2016, an order issued requiring Plaintiff to show cause why the Judicial Council of California should not be dismissed from this action for failure to comply with Federal Rule of Civil Procedure 4(m).  On May 11, 2016, Plaintiff filed a motion to dismiss the Judicial Council of California from this action.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The order to show cause filed May 10, 2016 is DISCHARGED; and

　　　　2.　　Defendants shall file an opposition or notice of non-opposition to Plaintiff's motion to dismiss on or before May 13, 2016, Local Rule 230(c).

IT IS SO ORDERED.

Dated: __**May 11, 2016**__　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1