# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. BERMAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO AND TRACY SINK,<br><br>Defendants. | Case No. 1:13-cv-00597- SAB<br><br>ORDER AMENDING PRETRIAL ORDER<br><br>(ECF No. 76) |

The Court conducted a hearing on the parties' motions in limine during which the parties requested the deadlines to file trial documents be amended. Accordingly, IT IS HEREBY ORDERED that the parties shall file their jury instructions and verdict form as directed in the pretrial order. All other documents shall be filed or submitted to the Court on or before May 31, 2016.

IT IS SO ORDERED.

Dated:  **May 27, 2016**

UNITED STATES MAGISTRATE JUDGE

1