# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. BERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRACY SINK and COUNTY OF FRESNO,<br><br>　　　　　Defendants. | Case No. 1:13-cv-00597- SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN NINETY DAYS<br><br>(ECF No. 98) |

　　　　This action is currently set for jury trial on June 6, 2016.  On May 31, 2016, the parties filed a notice that the case had settled.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　All pending dates in this action are VACATED; and

　　　　2.　　The parties shall file dispositional documents within ninety days from the date of entry of this order.

IT IS SO ORDERED.

Dated: __**May 31, 2016**__　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1