**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD P. BERMAN,<br><br>       Plaintiff,<br><br>       vs.<br><br>DEPUTY T. SINK; SGT GEORGE BERTSCH; LT. JOHN REYNOLDS; SHERIFF MARGARET MIMS; THE COUNTY OF FRESNO; THE JUDICIAL COUNCIL OF CALIFORNIA; DOES 1-10,<br><br>       Defendants. | CASE NO. 1:13-cv-00597-SAB<br><br>ORDER ON STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a) |

     Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT this action is dismissed, with prejudice from all claims alleged in the complaints in this action.  All parties to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  __June 21, 2016__

                                                     
UNITED STATES MAGISTRATE JUDGE